**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

JUAN ALEXANDER VIANEZ,
a.k.a. Nauj,

Defendant - Appellant.

No. 10-30282

D.C. No. 3:09-cr-05065-RJB-1

MEMORANDUM[*]

Appeal from the United States District Court
for the Western District of Washington
Robert J. Bryan, District Judge, Presiding

Submitted August 2, 2011[**]

Before:    RYMER, IKUTA, and N.R. SMITH, Circuit Judges.

Juan Alexander Vianez appeals from the 240-month sentence imposed

following his jury conviction for various crimes, including sex trafficking, in

violation of 18 U.S.C. § 1591(a)(1). We have jurisdiction under 28 U.S.C. § 1291,

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R. App. P. 34(a)(2).

and we affirm.

Vianez contends that the hearing held by the district court was inadequate to determine if he was competent to proceed with sentencing and that a full competency hearing was required. In light of the evidence before the district court, there was no reasonable cause to believe that the defendant was unable to understand the nature of the proceedings or to participate intelligently in them. *See Chavez v. United States*, 656 F.2d 512, 517-18 (9th Cir. 1981) (stating standard for competency determinations at sentencing). Thus, the district court did not err by not conducting a full competency hearing. *See* 18 U.S.C. § 4241(a); *United States v. Brown*, 943 F.2d 35, 35 (9th Cir. 1991) (per curiam).

**AFFIRMED.**